Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER                               : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                           :
                                                             :
                                                             :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------X
ROSA ORTIZ (AND HUSBAND, ELIO                                : 07-CV-01676-AKH
YUMBLA),                                                     :
                                                             :
                                      Plaintiffs,            : **NOTICE OF ADOPTION**
                                                             : **OF ANSWER**
        - against -                                          : **TO MASTER COMPLAINT**
                                                             : **BY MERRILL LYNCH**
90 CHURCH STREET LIMITED                                     :
PARTNERSHIP, *et al.*,                                       : **ELECTRONICALLY FILED**
                                                             :
                                      Defendants.            :
-------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

2

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                    By:     /s/ Judith R. Cohen
                                             _____
                                             Robert J. Higgins (RH-6477)
                                             Judith R. Cohen (JC-8614)
                                             1177 Avenue of the Americas
                                             New York, New York 10036
                                             Phone: (212) 277-6500
                                             Fax: (212) 277-6501

                                             *Attorneys for Defendant*
                                             MERRILL LYNCH & CO., INC.