Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
|---|---|
| ROSA ORTIZ,<br><br>                     Plaintiff,<br><br>-against-<br><br>90 CHURCH STREET LIMITED PARTNERSHIP, ET. AL.,<br><br>                     Defendants. | INDEX NO.: 07-CV-01676 (AKH)<br><br>**NOTICE OF ADOPTION OF AMBIENT GROUP, INC.'S ANSWER**<br>**TO MASTER COMPLAINT**<br><br>ELECTRONICALLY FILED |

PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, as and for its Response to the allegations set forth in the Amended Complaint by Adoption (Amended Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant, AMBIENT GROUP, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       May 12, 2008

                          Yours etc.,

                          McElroy, Deutsch, Mulvaney & Carpenter, LLP
                          *Attorneys for Defendant*
                          *Ambient Group, Inc.*

                          By:  s/ John P. Cookson
                               Richard S. Mills (RM-0206)
                               John P. Cookson (JPC-9391)
                               Wall Street Plaza
                               88 Pine Street, 24th Floor
                               New York, New York 10005
                               (212) 483.9490

TO:    Worby Groner Edelman & Napoli Bern, LLP
           115 Broadway, 12th Floor
           New York, New York 10006
           (212) 267.3700

           Gregory J. Cannata, Esq.
           Robert A. Grochow, Esq.
           233 Broadway, 5th Floor
           New York, New York 10279
           (212) 553.9206

           James E. Tyrrell, Jr., Esq.
           Patton Boggs LLP
           One Riverfront Plaza
           Newark, New Jersey 07102
           (973) 848.5600

           Thomas A. Egan, Esq.
           Fleming Zulack Williamson Zauderer, LLP
           One Liberty Plaza
           New York, New York 10006-1404
           (212) 412.9500

## CERTIFICATION OF SERVICE

I hereby certify that on the 12th day of May 2008, I electronically filed the foregoing NOTICE OF ADOPTION OF ANSWER BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

                                                McElroy, Deutsch, Mulvaney & Carpenter LLP

                                                By:   s/  John P. Cookson
                                                          Richard S. Mills (RM-0206)
                                                          John P. Cookson (JPC-9391)
                                                          *Attorneys for Defendant*
                                                          *Ambient Group, Inc.*
                                                          Wall Street Plaza
                                                         88 Pine Street, 24th Floor
                                                         New York, New York 10005
                                                         (212) 483-9490